UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-2004-CBM(AFMx) | Date | OCTOBER 8, 2019 |
|---|---|---|---|
| Title | THE BOARDS OF TRUSTEES OF SOUTHERN CALIFORNIA FLOOR COVERING | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elizabeth Rosenfeld | No appearances made |

**Proceedings:** OFF THE RECORD- HEARING RE PLAINTIFFS MOTION FOR DEFAULT JUDGMENT [17]

The case is called off the record and counsel state their appearance. The Plaintiff is present. No appearance is made by the claimants, defendants or anyone else.

Counsel is informed that the Court will take the matter under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                                     **: 01**

CV-90                             **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS