UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Western Division

| | |
|---|---|
| THE BOARDS OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, etc., <br><br> Plaintiffs, <br><br> v. <br><br> FINE DESIGN FLOOR COVERING, INC., a California corporation, etc., et al., <br><br> Defendants. | CASE NO. 2:19-cv-02004-CBM-AFMx <br><br> The Hon. Consuelo B. Marshall <br><br> **ORDER RE: MOTION FOR DEFAULT JUDGMENT AND INJUNCTION** |

The matter before the Court is Plaintiffs The Boards of Trustees of the Southern California Floor Covering Pension Trust Fund, Southern California Floor Covering Health and Welfare Trust Fund, Southern California Floor Covering Apprenticeship and Training Trust Fund, Southern California Floor Covering Vacation and Holiday Trust Fund, Southern California Floor Covering Contract Administration Trust Fund, and The Painters and Allied Trades Labor Management Cooperation Fund's (collectively, "Plaintiffs'") Motion for Default Judgment (the "Motion") against Defendants FINE DESIGN FLOOR COVERING, INC., A CALIFORNIA CORPORATION, AND FINE DESIGN

1

FL0OR COVERING, INC., A CALIFORNIA CORPORATION (collectively, "Fine Design" or "Defendants"). (Dkt. No. 17.)

    Having considered the pleadings filed in this action, the Motion, and the entire record in this case, pursuant to Federal Rule of Civil Procedure 55(b) and Local Rule 55-1, the Court finds as follows:

    1.    Plaintiffs filed the Complaint on March 18, 2019, asserting claims for specific performance and injunctive relief based on Defendants' failure to make records available for audit for the period October 1, 2015 through December 31, 2018 pursuant to the Employee Retirement Income Security Act ("ERISA") and the applicable collective bargaining agreement.

    2.    Defendants have been served with process and failed to plead or otherwise defend this action.

    3.    The clerk entered default against Defendants on April 23, 2019. (Dkt. Nos. 14, 15.)

    4.    Plaintiffs filed a proof of service of the Motion for Default Judgment on Defendants (Dkt. No. 18), but Defendants did not oppose the Motion nor appear at the October 11, 2019 hearing on the Motion.

    5.    Plaintiffs filed evidence that Defendants are not infants, incompetent persons, or in military service.

    6.    The merits of Plaintiffs' claims and sufficiency of the allegations in the Complaint favor granting the Motion.

    7.    No dispute of material fact exists that would preclude entry of default judgment.

    8.    Plaintiffs will likely be without further recourse for recovery if default judgment is not entered.

    9.    There is no evidence before the Court demonstrating Defendants' default resulted from excusable neglect.

    Accordingly, the Court **GRANTS** the Motion and orders judgment be

entered against Defendants and in favor of Plaintiffs.

The Court hereby issues an injunction requiring Defendants, **no later than December 2, 2019**, to make electronic copies available of payroll records, Federal and State quarterly tax returns, workers compensation reports, and other records requested by the Trustees to determine whether Defendants have accurately made required contributions to the Trust Funds for the audit period commencing October 1, 2015 through December 31, 2018, or in the alternative, to deliver such records to the Trust Funds' auditor's offices in Los Angeles, California.

Plaintiffs are awarded reasonable attorneys' fees in the amount of $7,942[1] and $699.00 in costs.

**IT IS SO ORDERED.**

DATED: October 22, 2019.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiffs requested $8,942.00 in attorneys' fees, Plaintiffs' counsel declared Plaintiffs had incurred $7,942.00 in attorneys' fees and would incur an additional $1,000 in "anticipate[d]" fees. Since there is no evidence before the Court demonstrating these "anticipate[d]" fees have actually been incurred, the Court denies the request to award $1,000 in "anticipate[d]" fees.