# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| THE BOARDS OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, etc.,<br><br>Plaintiffs,<br>v.<br><br>FINE DESIGN FLOOR COVERING, INC., a California corporation, etc., et al.,<br><br>Defendants. | CASE NO. 2:19-cv-02004-CBM-AFMx<br><br>**DEFAULT JUDGMENT** JS6 |

Consistent with the Order re: Motion for Default Judgment and Injunction, judgment is entered in favor of Plaintiffs The Boards of Trustees of the Southern California Floor Covering Pension Trust Fund, Southern California Floor Covering Health and Welfare Trust Fund, Southern California Floor Covering Apprenticeship and Training Trust Fund, Southern California Floor Covering Vacation and Holiday Trust Fund, Southern California Floor Covering Contract Administration Trust Fund, and The Painters and Allied Trades Labor Management Cooperation Fund, and against Defendants FINE DESIGN FLOOR

1  COVERING, INC., A CALIFORNIA CORPORATION, AND FINE DESIGN
2  FL0OR COVERING, INC., A CALIFORNIA CORPORATION.
3
4  DATED: October 22, 2019.                    _____
5                                              CONSUELO B. MARSHALL
                                               UNITED STATES DISTRICT JUDGE